UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
December 22, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Steven Hembree, ) <br> ) <br> Defendant. ) | Case No. 2:05-cr-292 FCD <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release *Steven Hembree* Case No. *2:05-cr-292 FCD* from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    **X**    Release on Personal Recognizance

    ___    Bail Posted in the Sum of _____

          ___    Unsecured Appearance Bond

          ___    Appearance Bond with 10% Deposit

          ___    Appearance Bond secured by Real Property (unsecured bond to be posted; secured bond to be posted within 2 weeks)

          ___    Corporate Surety Bail Bond

          ___    (Other)_____

Issued at  Sacramento, CA  on December 22, 2005  at  2:40 p.m.

By    */s/ Kimberly J. Mueller*
Kimberly J. Mueller
United States Magistrate Judge