McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN HEMBREE,<br><br>　　　　Defendant. | CR. NO. S-05-292 FCD<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME UNDER<br>SPEEDY TRIAL ACT<br><br>Court: Hon. Frank C. Damrell<br>Date:  January 9, 2006 |

　　　Whereas, defendant Steven Hembree made his initial appearance before United States Magistrate Judge Kimberly J. Mueller on December 22, 2005, and was released on his own recognizance;

　　　Whereas, there is a status conference presently set for the above-referenced case before this Court on January 9, 2006, at 9:30 a.m.;

　　　Whereas, the undersigned prosecutor assigned to this case for the United States was on medical leave and unavailable to work on this case beginning on December 21, 2005, and returned to work on January 3, 2006, on a limited basis;

1    Whereas, the prosecutor anticipates producing initial
2 discovery to Hembree's counsel by January 11, 2006; and
3    Whereas, the parties jointly request that the January 9,
4 2006, status conference be continued until February 6, 2006, at
5 9:30 a.m., to allow counsel for the United States time to produce
6 discovery, and counsel for Hembree to review discovery, conduct
7 necessary legal research, interview potential witnesses, and
8 conduct necessary defense investigation,
9    It is hereby stipulated that:
10   1.   The presently set January 9, 2006, status conference be
11 continued until February 6, 2006, at 9:30 a.m.; and
12   2.   Time from the date of this stipulation, to and
13 including, February 6, 2006, shall be excluded from computation
14 of time within which the trial of this case must be commenced
15 under the Speedy Trial Act pursuant to 18 U.S.C.
16 § 3161(h)(8)(B)(iv) (Local Code T4) (preparation by both
17 prosecution and defense counsel).

Dated:   January 4, 2006              McGREGOR W. SCOTT
                                      United States Attorney

                                      /s/  Samuel Wong
                             By:      _____
                                      SAMUEL WONG
                                      Assistant U.S. Attorney


                                      /s/ Timothy Zindel
Dated:   January 4, 2006              _____
                                      TIMOTHY ZINDEL
                                      Attorney for defendant
                                      Steven Hembree
                                      (per telephone authorization)

<u>ORDER</u>

Based on the stipulation of the parties and good cause appearing there from, the Court hereby order that status conference set for January 9, 2006 be continued until February 6, 2006, at 9:30 a.m.; and further finds that the failure to grant a continuance in this case would deny both counsel for the United States and defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated:  January 6, 2006             <u>/s/ Frank C. Damrell Jr.</u>
                                    FRANK C. DAMRELL JR.
                                    United States District Judge