DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
STEVEN HEMBREE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>          Plaintiff,   )<br>   )<br>     v.   )<br>   )<br>STEVEN HEMBREE,   )<br>   )<br>          Defendant.   )<br>   )<br>_____ ) | No. CR. S-05-0292 FCD<br><br>**STIPULATION AND ORDER**<br><br>Date:  February 6, 2006<br>Time:  9:30 a.m.<br>Judge: Hon. Frank C. Damrell |

    It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Steven Hembree, though their respective attorneys, that the status conference scheduled for February 6, 2006, may be continued to March 13, 2006, at 9:30 a.m.

    Defense counsel seeks additional time to review discovery and gather records concerning this case, which although recently-filed is more than five years old.  Because of its age, it has taken time to find these records, but they must be examined before pretrial motions may be scheduled.  The parties have agreed to continue the status conference to March 13, 2006.  The parties further agree that time from the date of

1 this order through March 13, 2006, may be excluded under the Speedy Trial
2 Act pursuant to Local Code T4, Title 18, United States Code, Section
3 3161(h)(8)(B)(iv), in order to give defense counsel additional necessary
4 time to prepare.

Respectfully submitted,

QUIN DENVIR
Federal Public Defender

Dated: February 2, 2006       /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for STEVEN HEMBREE


                              MCGREGOR SCOTT
                              United States Attorney


Dated: February 2, 2006       /s/ T. Zindel for S. Wong
                              SAMUEL WONG
                              Assistant U.S. Attorney
                              Attorney for Plaintiff


**O R D E R**

The status conference is continued to March 13, 2006 at 9:30 a.m. The Court finds that the failure to grant a continuance in this case would deny Hembree's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and Hembree in a speedy trial. The Court orders that time under the Speedy Trial Act is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through

1  March 13, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) for the
2  reasons stated above and by agreement of the parties.
3
4  DATED: February 3, 2006          /s/ Frank C. Damrell Jr.
                                    HON. FRANK C. DAMRELL JR.
5                                   United States District Judge

STIP. IN S. HEMBREE                       3