1  McGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2772

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )
                                ) CR. NO. S-05-292 FCD
12           Plaintiff,         )
                                ) STIPULATION AND ORDER, SETTING
13      v.                      ) BRIEFING SCHEDULE and MOTIONS
                                ) HEARING DATE, AND EXCLUDING
14 STEVEN HEMBREE,              ) TIME UNDER SPEEDY TRIAL ACT
                                )
15           Defendant.         ) "AS MODIFIED"
                                )
16                              ) Court: Hon. Frank C. Damrell
                                  Date:  March 13, 2006
17 _____

18      Whereas, there is a status conference hearing presently set
19 for March 13, 2006, at 9:30 a.m.; and
20      Whereas, the counsel for defendant Steven Hembree desires to
21 postpone the court proceedings in this case to allow him
22 additional time necessary to review discovery, investigate the
23 facts of this case, interview potential witnesses, and conduct
24 legal research to prepare defense motions,
25      It is hereby stipulated and agreed by and between plaintiff
26 United States of America and Hembree, through their respective
27 counsel, that:
28

1.   The Court vacate the presently set March 13, 2006, at 9:30 a.m. status conference hearing;

2.   The Court set the following motions briefing schedule:

    a.   Hembree's dispositive motions shall be filed by March 27, 2006;

    b.   The United States' response to Hembree's motions shall be filed by April 24, 2006; and

    c.   Hembree's reply, if any, shall be filed by May 8, 2006;

3.   The Court shall hold a non-evidentiary motions hearing on May 22, 2006, at 9:30 a.m.  In the event that the Court determines that an evidentiary hearing is necessary, the Court shall set an evidentiary hearing for a later date at that time.

4.   Time from the date of this stipulation, to and including, March 27, 2006, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 (preparation by defense counsel).  Thereafter, upon the filing of a motion by Hembree, time shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code E (pretrial motions).

Dated:  March 2, 2006                McGREGOR W. SCOTT
                                        United States Attorney

                                  /s/  Samuel Wong
                       By: _____
                                SAMUEL WONG
                                Assistant U.S. Attorney

Dated:  March 2, 2006               /s/ Timothy Zindel
                                    TIMOTHY ZINDEL
                                    Attorney for defendant
                                    Steven Hembree
                                    (per e-mail authorization)

ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated:  March 3, 2006               /s/ Frank C. Damrell Jr.
                                    FRANK C. DAMRELL JR.
                                    United States District Judge