1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   STEVEN HEMBREE

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,        )  No. CR. S-05-0292 FCD
                                     )
13                    Plaintiff,     )
                                     )  **STIPULATION AND ORDER**
14        v.                         )
                                     )
15  STEVEN HEMBREE,                  )  Date:  May 22, 2006
                                     )  Time:  9:30 a.m.
16                    Defendant.     )  Judge: Hon. Frank C. Damrell
                                     )
17  _____ )

18

19        It is hereby stipulated and agreed between plaintiff, United States

20  of America, and defendant, Steven Hembree, though their respective

21  attorneys, that the hearing on defendant's motion to suppress evidence

22  (now scheduled for May 22, 2006, at 1:30 p.m.) may be continued to

23  July 17, 2006, at 9:30 a.m.

24        In April, defense counsel filed a discovery motion before the

25  magistrate judge seeking a bit-by-bit copy of the computer hard-drive

26  referenced in the indictment.  The United States agreed to disclose the

27  evidence subject to a protective order, but the final protective order

28  has yet to be agreed upon.  Defense counsel wishes to review the evidence

1  in consultation with an expert before he files a memorandum of points and

2  authorities further detailing the grounds upon which he seeks suppression

3  of the evidence.  The parties will amend the briefing schedule once they

4  know when the hard-drive can be exchanged and reviewed.  For now, the

5  parties have agreed to continue hearing on the motion to July 17,

6  recognizing that time under the Speedy Trial Act remains excluded

7  pursuant to Title 18, United States Code, Section 3161(h)(1)(F) and Local

8  Code E.

9                                    Respectfully submitted,

10                                   QUIN DENVIR
                                     Federal Public Defender

11

12  Dated:  May 17, 2006             /s/ T. Zindel
                                     TIMOTHY ZINDEL

13                                   Assistant Federal Defender
                                     Attorney for STEVEN HEMBREE

14

15                                   MCGREGOR SCOTT
                                     United States Attorney

16

17  Dated:  May 17, 2006             /s/ T. Zindel for S. Wong
                                     SAMUEL WONG

18                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff

19

20                            **O R D E R**

21

22       Good cause appearing from the parties' stipulation, it is hereby

23  ordered that the hearing on defendant's motion to suppress evidence is

24  continued to July 17, 2006, at 9:30 a.m. for the reasons stated above and

25  by agreement of the parties.

26

27  DATED: May 18, 2006             /s/ Frank C. Damrell Jr.
                                    HON. FRANK C. DAMRELL JR.

28                                  United States District Judge

Stip. in S. Hembree                    2