DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
STEVEN HEMBREE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-05-0292 FCD |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | Date: July 14, 2006 |
| STEVEN HEMBREE, ) | Time: 9:30 a.m. |
| Defendant. ) | Judge: Hon. Frank C. Damrell Jr. |
| _____ ) | |

   It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Steven Hembree, though their respective attorneys, that the hearing on defendant's motion to suppress evidence (now scheduled for July 17, 2006, at 1:30 p.m.) may be continued to September 25, 2006, at 9:30 a.m.

   The parties have reached an agreement regarding disclosure of computer evidence that must be reviewed before a memorandum supporting defendant's motion may be filed.  Time is needed to complete a forensic review.  Once that task has been completed, the parties will submit an amended briefing schedule.  For now, the parties agree to continue the

hearing on defendant's motion to September 25, 2006, recognizing that time under the Speedy Trial Act remains excluded pursuant to Title 18, United States Code, Section 3161(h)(1)(F) and Local Code E.

```
                               Respectfully submitted,

                               QUIN DENVIR
                               Federal Public Defender

Dated: July 14, 2006           /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for STEVEN HEMBREE


                               MCGREGOR SCOTT
                               United States Attorney


Dated: July 14, 2006           /s/ T. Zindel for S. Wong
                               SAMUEL WONG
                               Assistant U.S. Attorney
                               Attorney for Plaintiff
```

### **O R D E R**

Good cause appearing from the parties' stipulation, it is hereby ordered that the hearing on defendant's motion to suppress evidence is continued to September 25, 2006, at 9:30 a.m. for the reasons stated above and by agreement of the parties. It is further ordered that the computation of time within which the trial of this matter must be commenced under the Speedy Trial Act shall continue to be excluded from the filing of Hembree's motion to suppress evidence on March 29, 2006, and until at least the September 25, 2006, hearing under 18 U.S.C. Section 3161(h)(1)(F) and Local Code E.

DATED: July 13, 2006

```
                               /s/ Frank C. Damrell Jr.
                               HON. FRANK C. DAMRELL JR.
                               United States District Judge
```