```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
STEVEN HEMBREE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-05-0292 FCD |
| Plaintiff, | |
| | **STIPULATION AND ORDER** |
| v. | |
| STEVEN HEMBREE, | Date:  September 25, 2006 |
| | Time:  9:30 a.m. |
| Defendant. | Judge: Hon. Frank C. Damrell Jr. |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Steven Hembree, though their respective attorneys, that the hearing on defendant's motion to suppress evidence (now scheduled for September 25, 2006, at 1:30 p.m.) may be continued to November 13, 2006, at 9:30 a.m.

The parties had reached an agreement regarding disclosure of computer evidence the defense must review before filing the memorandum supporting defendant's motion. Since then, however, Congress has amended the law to prohibit the defense from possessing computer evidence said to contain child pornography away from government control. The recent

1  amendment renders the validity of the parties' agreement doubtful and, if
2  honored, could expose members of Mr. Hembree's defense team to criminal
3  liability.  At present, the parties have yet to determine how and when
4  the defense may conduct its review confidentially.  For that reason, the
5  parties agree that additional time is needed to resolve this
6  unanticipated issue, which may require additional litigation before the
7  magistrate judge before the memo may be filed.
8      In order to resolve this issue, the parties agree to continue the
9  hearing on defendant's motion to November 13, 2006, recognizing that time
10 under the Speedy Trial Act remains excluded pursuant to Title 18, United
11 States Code, Section 3161(h)(1)(F) and Local Code E.

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Public Defender

Dated:  September 21, 2006     /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for STEVEN HEMBREE


                                    MCGREGOR SCOTT
                                    United States Attorney

Dated:  September 21, 2006     /s/ T. Zindel for S. Wong
                                    SAMUEL WONG
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff



**O R D E R**

   Good cause appearing from the parties' stipulation, it is hereby
ordered that the hearing on defendant's motion to suppress evidence is
continued to November 13, 2006, at 9:30 a.m. for the reasons stated above
and by agreement of the parties.  It is further ordered that the

1  computation of time within which the trial of this matter must be
2  commenced under the Speedy Trial Act shall continue to be excluded from
3  the filing of Hembree's motion to suppress evidence on March 29, 2006,
4  until at least the November 13, 2006, hearing under 18 U.S.C. Section
5  3161(h)(1)(F) and Local Code E.

7  DATED:  September 22, 2006

                                               /s/ Frank C. Damrell Jr.
                                               HON. FRANK C. DAMRELL JR.
                                               United States District Judge