```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    STEVEN HEMBREE
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-05-0292 FCD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER RE** |
| v. | ) | **BRIEFING AND HEARING SCHEDULE** |
| | ) | |
| STEVEN HEMBREE, | ) | |
| | ) | Date: November 13, 2006 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Frank C. Damrell Jr. |
| _____ | ) | |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Steven Hembree, though their respective attorneys, that the hearing on defendant's motion to suppress evidence may be continued to February 26, 2007, at 10:00 a.m. (or to any date thereafter convenient to the Court), and the following briefing schedule adopted:

　　1.　The memorandum supporting defendant's motion shall be filed by December 20, 2006;

　　2.　Opposition to the motion shall be filed by January 31, 2007;

　　3.　A reply brief may be filed by February 14, 2007.

The parties recognize that time under the Speedy Trial Act remains excluded pursuant to Title 18, United States Code, Section 3161(h)(1)(F)

and Local Code E until the Court's resolution of the motion.

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Public Defender

Dated: November 8, 2006      /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for STEVEN HEMBREE

                                      MCGREGOR SCOTT
                                      United States Attorney

Dated: November 8, 2006      /s/ T. Zindel for S. Wong
                                      SAMUEL WONG
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

## O R D E R

Good cause appearing from the parties' stipulation, it is hereby ordered that the hearing on defendant's motion to suppress evidence is continued to February 26, 2007, at 10:00 a.m., and the above briefing schedule is adopted.

It is further ordered that the computation of time within which the trial of this matter must be commenced under the Speedy Trial Act shall continue to be excluded from the filing of Hembree's motion to suppress evidence on March 29, 2006, until the February 26, 2007, hearing or the Court's resolution of the motion, whichever is later, pursuant to 18 U.S.C. Section 3161(h)(1)(F) and Local Code E.

DATED: November 9, 2006

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2