DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
STEVEN HEMBREE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-05-0292 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER RE** |
| v. | ) | **BRIEFING AND HEARING SCHEDULE** |
| | ) | |
| STEVEN HEMBREE, | ) | |
| | ) | Date:  February 26, 2007 |
| Defendant. | ) | Time:  10:00 a.m. |
| | ) | Judge: Hon. Frank C. Damrell Jr. |
| _____ | ) | |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Steven Hembree, though their respective attorneys, that the hearing on defendant's motion to suppress evidence may be continued to April 30, 2007, at 10:00 a.m. (or to any date thereafter convenient to the Court), and the following briefing schedule adopted:

1. The memorandum supporting defendant's motion shall be filed by March 12, 2007;

2. Opposition to the motion shall be filed by April 9, 2007;

3. A reply brief may be filed by April 23, 2007.

///

///

The parties recognize that time under the Speedy Trial Act remains excluded pursuant to Title 18, United States Code, Section 3161(h)(1)(F) and Local Code E until the Court's resolution of the motion.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

Dated: February 22, 2007    /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for STEVEN HEMBREE


MCGREGOR SCOTT
United States Attorney

Dated: February 22, 2007    /s/ T. Zindel for S. Wong
SAMUEL WONG
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Good cause appearing from the parties' stipulation, it is hereby ordered that the hearing on defendant's motion to suppress evidence is continued to April 30, 2007, at 10:00 a.m., and the above briefing schedule is adopted.

It is further ordered that the computation of time within which the trial of this matter must be commenced under the Speedy Trial Act shall continue to be excluded from the filing of Hembree's motion to suppress evidence on March 29, 2006, until the April 30, 2007, hearing or the Court's resolution of the motion, whichever is later, pursuant to 18 U.S.C. Section 3161(h)(1)(F) and Local Code E.

DATED: February 23, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE