```
McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S-05-0292 FCD |
| ) Plaintiff, ) | STIPULATION AND ORDER ADJUSTING |
| ) | BRIEFING SCHEDULE AND CONTINUING |
| v. ) | MOTIONS HEARING DATE |
| ) | |
| STEVEN HEMBREE, ) | |
| ) | Court:  Hon. Frank C. Damrell Jr. |
| Defendant. ) | |
| ) | |
| _____ | "AS MODIFIED" |

It is hereby stipulated by and between the parties hereto, through their respective counsel, that the presently set briefing schedule and hearing date for defendant Steven Hembree's pretrial motions shall be adjusted as follows:

1. The United States shall file its responses to defendant's motions on or before May 7, 2007.

2. Defendant's reply memoranda, if any, in support of his motions shall be due on or before May 25, 2007.

///

///

///

1

3. The presently set April 30, 2007, non-evidentiary hearing on defendant's motions shall be continued to June 4, 2007, at 10:00 a.m.

Respectfully submitted,

Dated: April 4, 2007
McGREGOR W. SCOTT
United States Attorney

By: /s/ Samuel Wong
    ─────────────────────────
    SAMUEL WONG
    Assistant U.S. Attorney


/s/ Timothy Zindel

Dated: April 4, 2007
─────────────────────────
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for defendant
Steven Hembree
(per authorization)

─────────────────────────────────────────

ORDER

Pursuant to stipulation of the parties, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation, however, the court's modifies the dates as noted above.

Dated: April 5, 2007

─────────────────────────
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE