```
McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S-05-292 FCD |
| ) | |
| Plaintiff,  ) | STIPULATION AND ORDER ADJUSTING |
| ) | BRIEFING SCHEDULE AND CONTINUING |
| v.  ) | MOTIONS HEARING DATE |
| ) | |
| STEVEN HEMBREE, ) | |
| ) | Court: Hon. Frank C. Damrell Jr. |
| Defendant.  ) | |
| ) | "AS MODIFIED" |
| _____ | |

It is hereby stipulated by and between the parties hereto, through their respective counsel, that the presently set briefing schedule and hearing date for defendant Steven Hembree's pretrial motions shall be adjusted as follows:

    1.   The United States shall file its responses to defendant's motions on or before June 4, 2007.

    2.   Defendant's reply memoranda, if any, in support of his motions shall be due on or before June 25, 2007.

///

///

///

3. The presently set June 04, 2007, non-evidentiary hearing on defendant's motions shall be continued to July 23, 2007, at 10:00 a.m.

                                  Respectfully submitted,

Dated: May 17, 2007        McGREGOR W. SCOTT
                                  United States Attorney

                                /s/ Samuel Wong
                     By: _____
                                SAMUEL WONG
                                Assistant U.S. Attorney

                                /s/ Timothy Zindel

Dated: May 17, 2007        _____
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for defendant
                                Steven Hembree
                                (per authorization)

_____

## ORDER

Pursuant to stipulation of the parties, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation, except the hearing date shall be set for July 23, 2007 at 10:00 a.m.

Dated: May 18, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE