1  McGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  NO. CR. S-05-0292 FCD
                                 )
12            Plaintiff,         )  STIPULATION AND ORDER ADJUSTING
                                 )  BRIEFING SCHEDULE AND CONTINUING
13            v.                 )  MOTIONS HEARING DATE
                                 )
14  STEVEN HEMBREE,              )
                                 )  Court:  Hon. Frank C. Damrell Jr.
15            Defendant.         )
                                 )
16  _____

17

18       Whereas, counsel for plaintiff United States of America has

19  been very busy involved in preparation for two separate trials,

20  back to back, in other cases and desires additional time to

21  respond to defendant Steven Hembree's pretrial motions,

22       It is hereby stipulated by and between the parties hereto,

23  through their respective counsel, that the presently set briefing

24  schedule and hearing date for Hembree's pretrial motions shall be

25  adjusted as follows:

26       1.   The United States shall file its responses to

27  defendant's motions on or before August 3, 2007.

28       2.   Defendant's reply memoranda, if any, in support of his

                                   1

1  motions shall be due on or before August 24, 2007.

2      3.   The presently set July 23, 2007, non-evidentiary

3  hearing on defendant's motions shall be continued to

4  September 10, 2007, at 10:00 a.m.

5                              Respectfully submitted,

6  Dated:  June 26, 2007       McGREGOR W. SCOTT
                                United States Attorney
7
                                /s/  Samuel Wong
8                    By:  _____
                                SAMUEL WONG
9                               Assistant U.S. Attorney

10

11                              /s/ Timothy Zindel

12 Dated:  June 26, 2007        _____
                                TIMOTHY ZINDEL
13                              Assistant Federal Defender
                                Attorney for defendant
14                              Steven Hembree
                                (per authorization)
15

16        _____

17
                                ORDER
18

19
        Pursuant to stipulation of the parties, and good cause
20
   appearing therefrom, the Court hereby adopts the parties'
21
   stipulation in its entirety as the Court's order.
22

23
   Dated:  June 28, 2007
24

25

26                          _____
                            FRANK C. DAMRELL, JR.
27                          UNITED STATES DISTRICT JUDGE

28

                                  2