```
1  McGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:05-cr-0292 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER ADJUSTING |
| ) | BRIEFING SCHEDULE AND CONTINUING |
| v. ) | MOTIONS HEARING DATE |
| ) | |
| STEVEN HEMBREE, ) | |
| ) | Court: Hon. Frank C. Damrell Jr. |
| Defendant. ) | |
| ) | |

It is hereby stipulated by and between the parties hereto, through their respective counsel, that the presently set briefing schedule and hearing date for Hembree's pretrial motions shall be adjusted as follows:

1. The United States shall file its responses to defendant's motions on or before September 14, 2007.

2. Defendant's reply memoranda, if any, in support of his motions shall be due on or before October 1, 2007.

///

///

///

1

3. The presently set September 10, 2007, non-evidentiary hearing on defendant's motions shall be continued to October 15, 2007, at 10:00 a.m.

Respectfully submitted,

Dated: September 4, 2007    McGREGOR W. SCOTT
                            United States Attorney

                        By: /s/ Samuel Wong
                            _____
                            SAMUEL WONG
                            Assistant U.S. Attorney


                            /s/ Timothy Zindel
Dated: September 4, 2007    _____
                            TIMOTHY ZINDEL
                            Assistant Federal Defender
                            Attorney for defendant
                            Steven Hembree
                            (per authorization)


_____

ORDER

Pursuant to stipulation of the parties, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation in its entirety as the Court's order.

Dated: September 5, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE