```
McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>STEVEN HEMBREE,<br><br>            Defendant. | 2:05-cr-0292 FCD<br><br>**STIPULATION AND ORDER STAYING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT PURSUANT TO A DEFERRED PROSECUTION AGREEMENT**<br><br>Court:  Hon. Frank C. Damrell Jr. |

   Whereas, there is currently a hearing on defendant Steven Hembree's motions to suppress evidence and dismiss the indictment set for October 15, 2007, at 10:00 a.m.; and

   Whereas, the parties have tentatively agreed to resolve this prosecution by deferred prosecution, and are in the process of negotiating and finalizing the deferred prosecution agreement.

   It is hereby stipulated by and between the parties, through their respective counsel, that:

   1.   The October 15, 2007, hearing on Hembree's motions to suppress evidence and dismiss the indictment shall be vacated and stayed, and this prosecution deferred to allow defendant to demonstrate his good conduct under the parties' deferred

1 prosecution agreement, which diversion term shall run until
2 March 31, 2008.
3     2.   The period between the date of this stipulation and
4 through and including March 31, 2008, shall be excluded from
5 computation of time within which the trial of this case must be
6 commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §
7 3161(h)(2) and Local Code I (prosecution deferred by mutual
8 agreement), and 18 U.S.C. § 3161(h)(1)(F) and Local Code E
9 (pending pretrial motions).
10    3.   In the event that defendant breaches the deferred
11 prosecution agreement or he does not successfully complete the
12 diversion term under the deferred prosecution agreement, the
13 United States shall have twenty one days from the date that the
14 United States provides notice to defendant of such breach or
15 unsuccessful completion of the diversion term to file its
16 opposition memoranda to defendant's pretrial motions to suppress
17 evidence and dismiss the indictment, defendant shall have
18 fourteen days thereafter to file any reply memoranda, and the
19 parties will request that a hearing on the motions be calendared.
20 Dated:   October 11, 2007       Respectfully submitted,

                                   /s/ Timothy Zindel
22                                 TIMOTHY ZINDEL
                                   Attorney for defendant
23                                 Steven Hembree

25 Dated:   October 11, 2007       McGREGOR W. SCOTT
                                   United States Attorney

27                                 By: /s/Samuel Wong
                                       SAMUEL WONG
28                                     Assistant U.S. Attorney

2

ORDER

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: October 17, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE