1  McGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10                                    )  No. 2:05-cr-0292 FCD
11  UNITED STATES OF AMERICA,         )
                                      )  PLAINTIFF'S MOTION TO DISMISS
12                   Plaintiff,       )  INDICTMENT AND ORDER THEREON
                                      )
13            v.                      )
                                      )
14  STEVEN HEMBREE,                   )
                                      )
15                   Defendant.       )
    _____  )  Court: Hon. Frank C. Damrell Jr.
16

17        Plaintiff United States of America hereby moves the Court

18  for an order dismissing the Indictment against defendant Steven

19  Hembree on the ground that he has successfully complied with his

20  obligations under a deferred prosecution agreement between the

21  parties.  As a further ground for this motion, the United States

22  Probation Officer supervising Hembree suggests that it would be

23  in the interests of justice to dismiss the Indictment based on

24  Hembree's demonstrated rehabilitation and good behavior while on

25  supervised release.

26        The undersigned prosecutor has been informed by Assistant

27  Federal Defender Timothy Zindel, counsel for Hembree, that he has

28  no objection to the instant motion.

                                  1

1  DATED:   April 2, 2008                     McGREGOR W. SCOTT
                                              United States Attorney
2
                                              /s/ Samuel Wong
3                                   By:       _____
                                              SAMUEL WONG
4                                             Assistant U.S. Attorney

5

6                                   ORDER

7

8        The Court having received, reviewed, and considered this

9   motion to dismiss filed by plaintiff United States of America,

10  and good cause appearing therefrom, the Court grants the motion

11  and orders that the Indictment is hereby dismissed.

12       IT IS SO ORDERED.

13  Dated:   April 3, 2008

14

15

16  _____
    FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

                                    2